ACCEPTED
05-15-00347-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
9/18/2015 1:50:34 PM
LISA MATZ
CLERK

CAUSE NO. 05-15-00347-CR

*IN THE*
*COURT OF APPEALS*
*FIFTH DISTRICT OF TEXAS*
*AT DALLAS*

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
9/18/2015 1:50:34 PM
LISA MATZ
Clerk

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**OJAY JOHNSON,**
**Appellant**
v.
**THE STATE OF TEXAS**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MOTION TO EXTEND TIME FOR FILING APPELLANT'S BRIEF

*TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:*

**COMES NOW** Ojay Johnson, Appellant herein, and respectfully submits this his First Motion to Extend Time for Filing Appellant's Brief pursuant to the provisions of **TEX. RULE. APP. 38.6 (d)** and in support thereof would show the Court as follows:

I.

The brief is currently due to be filed on Monday, September 14, 2015 (the original filing date of September 12, 2015 having been extended by **TEX. RULE. APP. 4.1 [a]**).

1

## II.

Appellant requests an extension of 3 days to September 17, 2015.

## III.

The brief has not been previously tendered because of other commitments of counsel, both trial and appellate. In addition, Monday and Tuesday of this week were Jewish religious holidays.

## III.

No previous extension motions have been presented or granted.

**WHEREFORE**, for the foregoing reasons appellant through counsel, respectfully requests that this Honorable Court grant this motion.

**Respectfully submitted,**

**/S/ Lawrence B. Mitchell**
**LAWRENCE B. MITCHELL**
**SBN 14217500**
**P.O. Box 797632**
**Dallas, Texas 75379**
**Tel. No.: 214.870.3440**
**E-mail: judge.mitchell@gmail.com**
**Attorney for Appellant**

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing brief is being served on the attorney for the State of Texas, Lori Ordiway by e-mail at lori.ordiway@dallascounty.org on this the 17day of September, 2015.

/s/ **Lawrence B. Mitchell**
**LAWRENCE B. MITCHELL**